IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

LAVERNE SYKES

Debtor

Bankruptcy No. 21-02644
Judge Jack B. Schmetterer
Chapter: 7

## NOTICE OF MOTION

TO: LAVERNE SYKES, 8704 S. Mozart Ave., Evergreen Park, IL 60805
Trustee R Scott Alsterda, Nixon Peabody LLP, 70 West Madison Street, Suite 3500, Chicago, IL 60602
David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

PLEASE TAKE NOTICE that on May 11, 2021, at 10:00 a.m., I will appear telephonically before the Honorable Jack B. Schmetterer, or any judge sitting his place, and present the motion of Select Portfolio Servicing, Inc. as the servicing agent for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 for Relief from the Automatic Stay, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-877-336-1839; Access Code: 3900709.**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Josephine J. Miceli
Josephine J. Miceli, IL ARDC #6243494

## **CERTIFICATE OF SERVICE**

I, Josephine J. Miceli, an attorney certify that I served the attached motion by mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on April 29, 2021.  The remaining parties were served by the CM/ECF electronic noticing system.

      /s/ Josephine J. Miceli
      Josephine J. Miceli,  IL ARDC #6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

LAVERNE SYKES

Debtor

Bankruptcy No. 21-02644
Judge Jack B. Schmetterer
Chapter: 7

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES  Select Portfolio Servicing, Inc. as the servicing agent for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2  (hereinafter "Movant"), through its attorney, Josephine J. Miceli of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The Movant, a party in interest, holds a Mortgage dated October 30, 2006 on the property located at 8704 South Mozart Ave, Evergreen Park, Illinois 60805, in the original amount of $190,000.00. (A copy of the Note, Mortgage, Assignment of Mortgage, and Loan Modification are attached as Exhibit A, B, C, and D respectively and incorporated herein by reference).

2. The above-captioned Chapter 7 case was filed on February 28, 2021.

3. As of April 26, 2021, the Debtor has failed to maintain payments pursuant to the terms of the Note and Mortgage thereby accruing a default of $3,392.55 through April 1, 2021. This figure does not constitute reinstatement.

4. The Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

5. The Movant has no adequate protection as the Debtor is not making payments to the Movant as provided by said mortgage and there is little or no equity available in the property.

6. That should the Debtor wish to reinstate while under the jurisdiction of this Court, Movant requests to be reimbursed for the costs and attorney fees of filing this motion.

7. That Movant is entitled to relief pursuant to 11 U.S.C. 362(d).

8. The Movant requests waiver of 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3).

WHEREFORE, Select Portfolio Servicing, Inc. as the servicing agent for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 prays for the entry of an order modifying, annulling or terminating the Automatic Stay instanter to allow foreclosure, eviction, or any other action with respect to the Movant protecting its rights in the subject property as the Court deems appropriate and for such other relief as the Court deems just.

/s/ Josephine J. Miceli
Josephine J. Miceli, ARDC #6243494
Attorney for Select Portfolio Servicing, Inc. as the servicing agent for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE